IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VANTAGE POINT TECHNOLOGY, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:13-cv-00989 |
| APPLE INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Vantage Point Technology, Inc. ("Plaintiff") states that it is wholly-owned by Marathon Patent Group, Inc.

November 21, 2013

Respectfully submitted,

/s/ Paul V. Storm
Paul V. Storm
Texas State Bar No. 19325350
Sarah M. Paxson
Texas State Bar No. 24032826
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas  75201
(214) 999-3000
pvstorm@gardere.com
spaxson@gardere.com

*Attorneys for Vantage Point Technology, Inc.*